# 24CR0278 STATE OF OHIO vs. Brock, William J DMR

- Case Status:
- Open
- File Date
- 04/15/2024
- Action:
- MURDER
- Case Judge:
- RASTATTER, DOUGLAS M
- Next Event:
- 01/23/2025

All Information | Party | Charge | Docket | Event

## Party Information

**Brock, William J**
- DEFENDANT

- DOB
- 08/23/1942
- Disposition
- Disp Date

- Address
- 7072 South Charleston Clifton Road
  SOUTH CHARLESTON, OH  45368

- Alias

**Party Attorney**
- Attorney
- Rion, Jon Paul
- Address
- Phone

## Party Charge Information

**Brock, William J**
- DEFENDANT
- Charge # 1:
- **2903.02(A) -**      MURDER

- Original Charge
- 2903.02(A) MURDER
- Indicted Charge

- Amended Charge

**Brock, William J**
- DEFENDANT
- Charge # 2:
- **2903.02(B) -**      MURDER

- Original Charge
- 2903.02(B) MURDER
- Indicted Charge

- Amended Charge

**Brock, William J**
- DEFENDANT
- Charge # 3:
- **2903.11(A)(2) - Felony 2nd Degree**      FELONIOUS ASSAULT

- Original Charge
- 2903.11(A)(2) FELONIOUS ASSAULT (Felony 2nd Degree)
- Indicted Charge

- Amended Charge

**Brock, William J**
- DEFENDANT



EXHIBIT A

Charge # 4:
**2905.01(B) - Felony 1st Degree**      KIDNAPPING

- Original Charge
  - 2905.01(B) KIDNAPPING (Felony 1st Degree)
- Indicted Charge
- Amended Charge

**Brock, William J**
- DEFENDANT

Charge # 5:
**2903.02(B) -**      MURDER

- Original Charge
  - 2903.02(B) MURDER
- Indicted Charge
- Amended Charge

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 04/15/2024 | Indictment Filed Against Defendant<br><br>Request Filed and Summons with Cert Copy of Indictment issued to the Sheriff of Clark County, Ohio for Personal Service upon Defendant Receipt: 371060 Date: 04/17/2024 Receipt: 371081 Date: 04/17/2024 | Image |
| 04/15/2024 | SUMMONS ON INDICTMENT ISSUED TO SHERIFF<br><br>(n)SUMMONS ON INDICTMENT<br>Sent On:  04/15/2024 14:24:14<br>Notice Sent To:  William J Brock 7072 South Charleston Clifton Road, SOUTH CHARLESTON, OH 45368 | |
| 04/15/2024 | Request Filed and Summons with Copy of Indictment Issued to the Sheriff of Clark County, Ohio for Personal/Residential Service upon Defendant<br>Issue Date: 04/15/2024<br>Service: CRIMINAL SUMMONS<br>Method: CLARK COUNTY SHERIFF SERVICE<br>Cost Per: 3.2500<br><br>William J Brock<br>DEFAULT ADDRESS<br>7072 South Charleston Clifton Road<br>SOUTH CHARLESTON, OH   45368<br>Tracking Number: 00000000000000002257 Receipt: 371060 Date: 04/17/2024 Receipt: 371081 Date: 04/17/2024 | Image |
| 04/17/2024 | Defendant's Request for Discovery Filed | |
| 04/17/2024 | Summons Returned Endorsed as Follows/Sheriffs Return:<br>     Deborah K Burchett / Sheriff<br>  Method   : CLARK COUNTY SHERIFF SERVICE<br>  Issued    : 04/15/2024<br>  Service   : CRIMINAL SUMMONS<br>  Served    : 04/17/2024<br>  Return    : 04/17/2024<br>  on        : Brock, William J<br>  Signed By : William J. Brock<br>  Reason    : SHERIFF PERSONAL SERVICE<br>  Comment   :<br>  Tracking #: 00000000000000002257 | Image<br>Image |
| 04/17/2024 | Request for Bill of Particulars<br><br>   Attorney: KAVANAGH, PAUL J | Image |
| 04/17/2024 | BOND PRINTED AND ISSUED TO EITHER THE CLARK COUNTY SHERIFF OR CLERK OF COMMON PLEAS FOR SERVICE UPON DEFENDANT<br><br>46A2 BOND<br>Sent On:  04/17/2024 10:32:59 | |
| 04/17/2024 | Rotary Deposit<br>   Applies To: Brock, William J (DEFENDANT) Receipt: 371054 Date: 04/17/2024 | |
| 04/17/2024 | Copy of Entry Dismissing Case and Transferring Bail Received from Clark County Municipal Court Filed | |
| 04/17/2024 | Surcharge/Defense Support Deposit Receipt: 371060 Date: 04/17/2024 | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 04/17/2024 | 100% to Clerk Fee | |
| | Cost Explanation: from bond Receipt: 371060 Date: 04/17/2024 | |
| 04/17/2024 | 100% TO BOND DEPOSIT Receipt: 371060 Date: 04/17/2024 | |
| 04/17/2024 | Recognizance of Accused Filed. (46A2 Bond) $200,000/$20,000 posted | Image |
| 04/17/2024 | Bond Returned | Image |
| 04/17/2024 | Arraignment Entry--- Bond Fixed at $200,000 46(B)(1)(b) with Conditions set forth in Entry. | Image |
| 04/17/2024 | Court's Disclosure---As per set forth. | Image |
| 04/17/2024 | Pre-Trial Order Filed | Image |
| 04/29/2024 | Discovery Checklist | Image |
| 04/29/2024 | Witness List | Image |
| 04/29/2024 | Bill of Particulars | Image |
| 04/29/2024 | Notice of Intention to Use Evidence Request for Reciprocal Discovery Attorney: Scott, Kadawni | Image |
| 05/01/2024 | HEARING SCHEDULED: Judge: RASTATTER, DOUGLAS M Event: PRE-TRIAL Date: 05/13/2024  Time: 08:30 AM | |
| 05/02/2024 | Scheduling Order---Pretrial on 05/13/2024 at 8:30 AM before Judge Douglas M. Rastatter. | Image |
| 05/09/2024 | File to: Complete File to Requesting Office of Judge/Magistrate | |
| 05/13/2024 | File Returned: Complete File Returned from Judge/Magistrate Office and Placed Back in Filing Cabinet | |
| 05/25/2024 | HEARING SCHEDULED: Judge: RASTATTER, DOUGLAS M Event: PRE-TRIAL Date: 07/22/2024  Time: 08:30 AM | |
| 05/25/2024 | HEARING SCHEDULED: Judge: RASTATTER, DOUGLAS M Event: JURY TRIAL Date: 09/09/2024  Time: 09:00 AM Result: CONTINUED | |
| 05/29/2024 | Scheduling Order---Pre-Trial on 07/22/2024 at 8:30 AM and Jury Trial on 09/09/2024 at 9:00 AM before Judge Douglas M. Rastatter. As per set forth. | Image |
| 06/17/2024 | Demand for Discovery | Image |
| 06/17/2024 | Motion for Substitution of Counsel Attorney: Rion, Jon P | Image |
| 06/18/2024 | Entry for Substitution of Counsel---Rion, Rion & Rion, L.P.A., Inc., is hereby substituted as counsel of record for Defendant and Paul J. Kavanaugh is hereby relieved as Defendant's counsel of record. As per set forth. | Image |
| 07/11/2024 | Motion for Subpoena | |
| | Attorney: Rion, Jon P | Image |
| 07/19/2024 | Crim. R. 12.2 Notice | Image |
| 07/19/2024 | Motion to Compel Attorney: Rion, Jon P | Image |
| 07/19/2024 | Motion for Continuance Attorney: Rion, Jon P | Image |
| 07/22/2024 | STENOGRAPHER'S BILL / TO BE PAID TO CLARK CO, OHIO FILED. Jamie Sue Jones 04/17/24 arraignment STENO BILL- criminal Sent On:  07/22/2024 10:09:46 | |
| 07/23/2024 | HEARING SCHEDULED: Judge: RASTATTER, DOUGLAS M | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | Event: JURY TRIAL<br>Date: 03/10/2025  Time: 09:00 AM<br>Result: VACATED | |
| 07/23/2024 | Entry for Continuance---It is hereby ordered that the Jury Trial currently scheduled for September 9, 2024 at 9:00 a.m. is hereby rescheduled for March 10, 2025 at 9:00 am. As per set forth. | Image |
| 07/29/2024 | Entry -- On the Defendant's oral motion, the March 10, 2025 trial is continued to April 14, 2025 beginning at 9:00 am. As per set forth. | Image |
| 07/29/2024 | Motion to Modify Entry<br>Attorney: Scott, Kadawni | Image |
| 07/31/2024 | Motion for Medical Records<br>Attorney: Scott, Kadawni | Image |
| 08/01/2024 | Subpoena Issuance | |
| 08/06/2024 | Subpoena Return/Rion, Rion and Rion / Harold F. Stollings<br>Service Type: Personal<br>Service Date: 07/27/2024<br>Applies To: Hall, Mario J (WITNESS) | Image |
| 08/06/2024 | Subpoena Return/Rion, Rion and Rion<br>Service Type: Personal<br>Service Date: 07/31/2024<br>Applies To: McArthur, JR, Tinker (WITNESS) | Image |
| 08/06/2024 | Subpoena Return/Rion, Rion and Rion<br>Service Type: Personal<br>Service Date: 7/31/24<br>Applies To: Hall, Mario J (WITNESS) | Image |
| 08/12/2024 | Notice of Appearance<br>Attorney: Rion, Jon P | Image |
| 08/19/2024 | Motion for Permission to Issue Subpoena to the Public Safety Response Team of Uber Technologies, Inc. (UTI) Pursuant to 18 U.S.C. 2703(d)<br>Attorney: Rion, Jon P | Image |
| 08/20/2024 | Entry---Defendant's motion to compel discovery is Sustained. | Image |
| 08/21/2024 | Entry---The State of Ohio's motion for medical record dating from 03/05/2024 to present for Loletha Hall (DOB 02/21/1963) from Kettering Hospital and EMS is Sustained. | Image |
| 08/22/2024 | Entry---Defendant's motion for permission to issue a subpoena to the Public Safety Response Team of Uber Technologies for the production of the documents requested in the motion is Sustained. | Image |
| 08/23/2024 | Subpoena Return/Rion, Rion and Rion, Attorneys at Law<br>Service Type: Personal<br>Service Date: 08/22/2024<br>Applies To: Federal Bureau of Investigation (WITNESS) | Image |
| 08/23/2024 | Order for Permission to Issue Subpoena to the Public Safety Response Team of Uber Technologies, Inc. (UTI) Pursuant to 18 U.S.C. § 2703(d)---UTI is required to disclose the basic subscriber information, specifically, billing transaction history from six weeks prior to and through March 25, 2024. As per set forth. | Image |
| 08/26/2024 | Entry---The trial has been set for April 14, 2025 upon the request of the defense counsel. Defense counsel selected this trial date due to their busy trial schedule, need to further investigate the case, and need to file additional pre-trial motions. | Image |
| 09/03/2024 | Motion for Court Order to Provide Cell Phone Tower Data<br>Attorney: Rion, Jon P | Image |
| 09/03/2024 | Motion for Independent Evaluation<br>Attorney: Rion, Jon P | Image |
| 09/19/2024 | Entry---The motion is Sustained upon the satisfaction of the conditions set forth below. | Image |
| 09/20/2024 | Subpoena Return/Rion, Rion and Rion / Harold F. Stollings<br>Service Type: Process Server / Personal<br>Service Date:<br>Applies To: Federal Bureau of Investigation (WITNESS) | Image |
| 10/02/2024 | Entry---The defendant's September 3, 2024 motion for the Court to order AT&T to provide cellphone tower data is Sustained. It is therefore ordered that AT&T and/or State provide defense counsel with cellphone tower data for number 614-330-6839 from January 1, 2024 to April 1, 2024. | Image |
| 11/08/2024 | Entry---It is hereby ordered that Kettering Hospital and EMS produce all medical records from 03/25/24 and present for patient Loletha Hall with Date of Birth 02/21/1963 including, but not necessarily limited to, photographs, imaging, radiology, and related documents and images. As per set forth. | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/10/2024 | HEARING SCHEDULED:<br>Judge: RASTATTER, DOUGLAS M<br>Event: JURY TRIAL<br>Date: 04/14/2025  Time: 09:00 AM | |
| 12/10/2024 | Motion to Appoint Special Process Server<br>Attorney: Rion, Jon P | Image |
| 12/10/2024 | Motion for Contempt (Ohio Crim. R. 17)<br>Attorney: Rion, Jon P | Image |
| 12/12/2024 | Defendant's Motion for Jury View<br><br>Attorney: Rion, Jon P | Image |
| 12/12/2024 | Entry Appointing Special Process Server---Harold Stollings is hereby designated as Special Process Server authorized to make service in this case. As per set forth. | Image |
| 12/17/2024 | Entry Granting Defendant's Motion for Jury View---As per set forth. | Image |
| 01/09/2025 | Show Cause Order and Notice---The motion demonstrates that there is probable cause to believe that the F.B.I. is in contempt of this Court and orders that the Resident Agent in charge from the F.B.I. appear before Judge Rastatter in the Clark County Common Pleas Court on 1/23/25 at 8:30 A.M. As per set forth. | Image |
| 01/21/2025 | Motion for Continuance<br>Attorney: Rion, Jon P<br>Applies To: Brock, William J (DEFENDANT) | Image |

**Events**

| Date | Type | Event Judge | Result |
|---|---|---|---|
| 05/13/2024 08:30 AM | PRE-TRIAL | RASTATTER, DOUGLAS M | |
| 07/22/2024 08:30 AM | PRE-TRIAL | RASTATTER, DOUGLAS M | |
| 09/09/2024 09:00 AM | JURY TRIAL | RASTATTER, DOUGLAS M | CONTINUED |
| 01/23/2025 08:30 AM | SHOW CAUSE HEARING | RASTATTER, DOUGLAS M | |
| 03/10/2025 09:00 AM | JURY TRIAL | RASTATTER, DOUGLAS M | VACATED |
| 04/14/2025 09:00 AM | JURY TRIAL | RASTATTER, DOUGLAS M | |