```
                                    Clark County, Ohio
                                         FILED
                                      JAN 09 2025
                                   Common Pleas Court
                                   Melissa M. Tuttle, Clerk
```

## IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
## CRIMINAL DIVISION

| | |
|---|---|
| **STATE OF OHIO** | **CASE NO. 2024 CR 0278** |
| Plaintiff, | **JUDGE RASTATTER** |
| vs. | |
| **WILLIAM J. BROCK** | **SHOW CAUSE ORDER AND NOTICE** |
| Defendant. | |

This case is before the Court upon Defendant's Motion to Show Cause filed on _December 10_, 2024, requiring the Federal Bureau of Investigation (F.B.I.), Resident Agent in charge to appear before this Court to show cause why they should not be held in civil or criminal contempt for their failure to abide by the subpoena duces tecum filed herein on _8/23/24_, pursuant to Ohio Crim. R. 17.

The motion demonstrates that there is probable cause to believe that the F.B.I. is in contempt of this Court and **ORDERS** that the Resident Agent in charge from the F.B.I. appear before **Judge Rastatter in the Clark County Common Pleas Court, 101 North Limestone St., Springfield, OH 45502 on** _1/23/25_, ~~2024~~ at _8:30_ : _A_ .m , to show cause why they should not be punished for criminal and/or civil contempt of this Court.

## NOTICE

1. Failure to appear as order may result in the issuance of a bench warrant for an immediate arrest.
2. Failure to appear may result in an immediate income withholding or deduction.
3. You have the right to be represented by an attorney.
4. If you cannot afford an attorney, you must apply for a public defender or appointed counsel, as appropriate, within three business days after receipt of this show cause order.
5. A continuance may not be granted to obtain counsel if you have made no good faith effort to secure one.
6. If found guilty, you may be sentenced as follows:

4


EXHIBIT B

a. First offense- a fine of not more than $250.00 and/or a definite term of imprisonment of not more than thirty (30) days in jail or both.
b. Second offense- a fine of not more than $500.00 and/or a definite term of imprisonment of not more than sixty (60) days in jail or both.
c. Third offense – a fine of not more than $1,000.00 and/or a definite term of imprisonment of not more than ninety (90) days in jail or both.

IT IS SO ORDERED:

*[signature]*

JUDGE RASTATTER

```
Journalized
JAN 09 2025
Melissa M. Tuttle
Clerk of Courts
```

5