

# COURT OF COMMON PLEAS,
## Clark County, Ohio

State of Ohio
Plaintiff,
  VS.
William J. Brock
Defendant,

Case No. 24 CR 0278

Honorable Judge Douglas Rastatter

This subpoena was issued upon application of the:
○ Plaintiff   ● Defendant   ○ Prosecution

Date of Hearing:

## RETURN OF SERVICE ON SUBPOENA

I received a Subpoena for Federal Bureau of Investigation, a named witness for the
Address: 200 W. 2nd Street, #811    City: Dayton    , State Ohio
Zip Code 45402    Defense  Plaintiff  Prosecution (circle one), on (Date received) 08/22/24

I served the Subpoena on the said witness, and made the following service on (Date of service) 08/22/24

Type of Service:
● Personal  ○ Failure  ○ Residential  ○ E-mail  ○ Attorney  ○ Certified Mail  ○ Process Server  ○ Sheriff

✓

### RETURN OF SERVICE FEES

Clark County, Ohio
FILED
AUG 23 2024
Common Pleas Court
Melissa M. Tuttle, Clerk

Service and Return:   $
Mileage:              $
Other:                $
Total:                $

HAROLD F. STOLLINGS
Law Enforcement Officer (Print)

[Signature] Harold F. Stoll
Law Enforcement Officer (Signature)
PROCESS SERVER

RIOH, RIOH, RIOH
Agency

08/22/24
Date

EXHIBIT
C