Clark County, Ohio
**FILED**
JAN 21 2025
Common Pleas Court
Melissa M. Tuttle, Clerk

## IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
## CRIMINAL DIVISION

| | |
|---|---|
| STATE OF OHIO | Case No. 2024 CR 278 |
| Plaintiff, | Judge Rastatter |
| vs. | |
| WILLIAM BROCK | **MOTION FOR CONTINUANCE** |
| Defendant. | |

Now comes the Defendant, **WILLIAM BROCK**, by and through his attorneys, **RION, RION AND RION, L.P.A., INC.**, and hereby moves this Court for an order continuing the hearing currently scheduled for Thursday, January 23, 2025, at 8:30 a.m. for the reason that service has not yet been perfected on the Federal Bureau of Investigation (F.B.I.).

Respectfully Submitted,

*/s/ John H. Rion*

**JOHN H. RION (0002228)**
**RION, RION & RION, L.P.A., INC.**
*Counsel for Defendant*
130 West Second Street, Ste. 2150
Dayton, Ohio 45402
(937) 223-9133
(937) 223-7540 (Fax)
info@rionlaw.com



EXHIBIT E

## CERTIFICATE OF SERVICE

    I, the undersigned do hereby certify that a copy of the foregoing was forwarded to the Office of the Prosecutor, Kadwani Scott via electronic mail: kscott@clarkcountyohio.gov on the 21st day of January 2025.

                                                */s/ John H. Rion*

                                                _____

                                                **JOHN H. RION**
                                                **RION, RION & RION, L.P.A., INC.**