**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM STATE COURT**

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: Clark

Case number and caption:

| 2024 CR 0278 | State of Ohio | vs | William J. Brock |
|---|---|---|---|
| Case Number | Plaintifff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☒ Yes ☐ No

If "Yes," by which party and on what Date:

| Defendant William Brock | April 17, 2024 |
|---|---|
| Party | Date |

Were there parties not served prior to removal? ☐ Yes ☒ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☒ No

Were there answers filed in State Court? ☐ Yes ☒ No

Is there a pending TRO in State Court? ☐ Yes ☒ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No
This is only a partial removal; relevant papers attached;
If your answer is "No", when will they be filed: Additional court papers will be provided upon request.

List the parties that are removing the case:
Non-Party Movant Elena Iatarola,
Special Agent in Charge, Federal Bureau of Investigation

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| *I.E. Defendant John Doe*<br><br>N/A | *I.E. Defendant John Doe*<br><br>N/A | *I.E. Defendant John Doe*<br><br>N/A |

| Party and Type | Attorney(s) |
|---|---|
| *I.E.   Plaintiff John Doe* | *I.E.   Attorney(s) Name*<br>*Firm*<br>*Address*<br>*City, State, Zip*<br>*Telephone and Fax Number*<br>*Supreme Court Number* |
| Plaintiff State of Ohio | Kadawni A. Scott (0099884)<br>50 E. Columbia St., Suite 449<br>Springfield, Ohio 45502<br>(937) 521-1770 |
| Defendant William Brock | John H. Rion (0002228)<br>Jon Paul Rion (0067020)<br>130 West Second Street, Suite 2150<br>P.O. Box 10126<br>Dayton, Ohio 45402<br>(937) 223-9133 |
| Elena Iatarola (Non-Party)<br>Federal Bureau of Investigation (Non-Party)<br>United States of America (Non-Party) | Jade K. Smarda (0085460)<br>200 W. Second Street, Suite 600<br>Dayton, Ohio 45402<br>(937) 225-2910 |

USE A SEPARATE SHEET OF PAPER IF NECESSARY