# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. 3:25-cv-00021 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| v. | : | Magistrate Judge Peter B. Silvain, Jr. |
| WILLIAM J. BROCK | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Non-Party Movant Elena Iatarola's Motion (ECF No. 6) to Stay Briefing on the Pending Motion to Quash.  Consistent with *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 166 (1936), the Motion (ECF No. 6) is **GRANTED**.  Briefing on Non-Party Movant's original Motion (ECF No. 2) is therefore **STAYED**, provided that Non-Party Movant may move this Court to lift the stay if Defendant Brock or the state court take further action to enforce or attempt to enforce the subpoena, so that briefing on the pending Motion (ECF No. 2) may continue as appropriate.

The parties are **ORDERED** to file a status report in **thirty (30) days** if they have not filed a voluntary dismissal.

**IT IS SO ORDERED.**

February 19, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge