UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. 3:25-cv-00021 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| v. | : | Magistrate Judge Peter B. Silvain, Jr. |
| WILLIAM J. BROCK, | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

On February 19, 2025, this Court stayed briefing and Ordered a joint status report due thirty days thereafter. (ECF No. 7.) The Parties submitted joint status reports on March 21, 2025, April 21, 2025, and May 21, 2025, June 20, 2025, and July 30, 2025, each advising that "[t]he Parties will submit another status report in thirty (30) days, unless otherwise Ordered by the Court or unless this case is voluntarily dismissed in the interim."

For their joint status report, Defendant Brock, through counsel, and Non-Party Movant Iatarola, through counsel, state as follows:

1. On January 22, 2025, Non-Party Movant Iatarola removed contempt proceedings, initiated by Defendant Brock, to enforce a state court subpoena from the Common Pleas Court of Clark County, Ohio to this Court.

2. On January 28, 2025, Non-Party Movant Iatarola filed a motion ("Government's Motion") (ECF No. 2) to quash the subpoena and set aside

state court orders setting hearing dates for the "Resident Agent in Charge" to appear and show cause why he or she should not be held in contempt. The Government's Motion cited, *inter alia*, Defendant Brock's non-compliance with DOJ's *Touhy* regulations and the state court's lack of jurisdiction to hold a federal agent in contempt.

3. On February 13, 2025, Defendant Brock filed a motion to withdraw his motion for contempt in the Common Pleas Court, so that Defendant Brock and the United States Attorney's Office can focus on the applicable *Touhy* process. The Common Pleas Court has since granted Defendant Brock's motion "without prejudice." Assuming Defendant Brock does not renew or attempt to renew the motion for contempt during the *Touhy* process, the above-captioned action could soon be rendered moot.

4. On March 27, 2025, Defendant Brock received a response to his subpoena/*Touhy* request, authorizing the requested disclosures in part and denying the requested disclosures in part. On April 17, 2025, Defendant Brock sent undersigned counsel for Non-Party Movant a supplemental request.

5. On July 11, 2025, Defendant Brock received from the Government a response to his supplemental *Touhy* request, again authorizing the requested disclosures in part and denying the requested disclosures in part.

6. Defendant Brock's trial is scheduled to begin on November 3, 2025. Non-party Movant Iatarola, Federal Bureau of Investigation, intends to keep this

case open until after trial to avoid the need to re-file in the event that Defendant Brock renews his contempt motion.

The Parties will submit another status report in ninety (90) days, unless otherwise Ordered by the Court or unless this case is voluntarily dismissed in the interim.

|  |  |
|---|---|
| RION, RION & RION L.P.A., INC. | Respectfully submitted,<br><br>DOMINICK S. GERACE II<br>United States Attorney |
| s/ *John H. Rion*<br>John H. Rion (0002228)<br>Jon Paul Rion (0067020)<br>130 W. Second Street, Ste. 2150<br>Dayton, Ohio 45402<br>Office: (937) 223-9133<br>Fax: (937) 223-7540<br>Email: Info@rionlaw.com | s/ *Jade K. Smarda*<br>JADE K. SMARDA (0085460)<br>Assistant United States Attorney<br>200 West Second Street, Suite 600<br>Dayton, Ohio 45402<br>Office: (937) 225-2910<br>Fax: (937) 225-2564<br>Email: Jade.Smarda@usdoj.gov |
| *Trial Attorney for Defendant Brock* | *Trial Attorney for Non-Party Movant Elena Iatarola, Federal Bureau of Investigation* |

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, the foregoing Joint Status Report was filed electronically using the Court's CM/ECF system, which served notice of the filing on all counsel of record.

*s/ Jade K. Smarda*
JADE K. SMARDA (0085460)
Assistant United States Attorney
